**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: _____

JUDITH TURNER

      Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY

      Defendant.

---

**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF
REMOVAL**

---

DEFENDANT Nationwide Mutual Insurance Company ("Nationwide"), by and through its attorneys of record, Ross-Shannon & Proctor, P.C., respectfully submits this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and states as follows:

1. On May 28, 2026, Plaintiff Judith Turner filed this action against Nationwide in the District Court for the City and County of Denver, Colorado. *See* **Exhibit A**, Complaint and Jury Demand.

2. Plaintiff asserts claims for failure to pay first-party insurance benefits and statutory bad faith pursuant to C.R.S. §§ 10-3-1115 and 1116. *Id.* at ¶¶ 29-36.

3. The amount in controversy exceeds $75,000. The Civil Case Cover Sheet filed in state court reflects that Plaintiff seeks damages in excess of $100,000. *See* **Exhibit B**, District Court Civil Case Cover Sheet.  In addition, Plaintiff seeks statutory damages of two times the covered benefit and attorney fees under C.R.S. § 10-3-1116.

1

Accordingly, the jurisdictional threshold is satisfied. *See Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272–73 (10th Cir. 2016).

4.        Complete diversity exists. Plaintiff is a citizen of Colorado. Defendant Nationwide Mutual Insurance Company is incorporated in Ohio and has its principal place of business in Ohio. Accordingly, Defendant is a citizen of Ohio for purposes of 28 U.S.C. § 1332(c)(1).

5.        This Notice of Removal is timely under 28 U.S.C. § 1446(b). Plaintiff served Nationwide on July 20, 2026. *See* **Exhibit C**, Notice of Service of Process. This Notice is filed within 30 days of service.

6.        Pursuant to 28 U.S.C. § 1446(d), Nationwide will promptly serve Plaintiff with written notice of the filing of this Notice of Removal and file a copy in Denver County District Court.

7.        As required by D.C.Colo.LCivR 81.1 and 28 U.S.C. § 1446(a), all papers filed in the Denver County District Court case, including a current docket sheet, are submitted with this Notice of Removal as specifically referenced exhibits or otherwise labeled.  Nationwide will also separately file each pending motion, petition, and related response, if any.

8.        Pursuant to D.C.Colo.LCivR 81.1, Nationwide represents that no hearings are currently set in the state court action and no trial date has been set.

9.        By filing this Notice of Removal, Nationwide does not waive and expressly reserves any defenses that may be available to it.

Dated: August 10, 2026

*/s/ Joshua R. Proctor*
Joshua R. Proctor
Ross-Shannon & Proctor, P.C.
300 Union Boulevard, Suite 415
Lakewood, Colorado 80228
Telephone: (303) 988-9500
E-mail: jproctor@ross-shannonlaw.com
Attorney for Defendant Nationwide Mutual
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, a true and correct copy of the foregoing **DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Elisabeth Owen, Esq.
Vanguard Justice LLC
1490 Lafayette Street, Suite 308
Denver, CO 80218
Telephone: (720) 206-4507
Facsimile: None Provided
E-mail: lisi@vanguardlawandpolicy.com
*Attorney for Plaintiff*

*/s/ Alyssa Harmsen*